IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41167
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RODRIGO RIVERA-RAMIREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-558-1
--------------------
July 2, 2001
Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

    Rodrigo Rivera-Ramirez appeals his guilty-plea conviction
for being found in the United States after deportation in
violation of 8 U.S.C. § 1326(a) and (b).  He argues that his
indictment was defective under the Fifth and Sixth Amendments
because it did not allege general intent.  Rivera-Ramirez's
indictment fairly conveyed that his reentry was a voluntary act
and satisfied the constitutional requirements of a valid
indictment.  See United States v. Berrios-Centeno, ___ F.3d ___,

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

2001 WL 435494, *3-4 (5th Cir. 2001).  The judgment of the district court is AFFIRMED.